# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN FRANCIS QUINN, | : | |
| Plaintiff, | : | No. 3:20-cv-00813 |
| v. | : | (SAPORITO, M.J.) |
| ANDREW SAUL, Commissioner Of Social Security, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 29th day of April, 2021, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment AFFIRMING the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall CLOSE this case.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: April 29, 2021